In the Matter of the Estate of ALBERT A. TROESCHER, Deceased. STATE TAX COMMISSION, Appellant, ANNA E. TROESCHER et al., as Executors of ALBERT A. TROESCHER, Deceased, Respondents.

Argued October 7, 1943; decided December 8, 1943.

*Mortimer M. Kassell* and *Paul Newman* for appellant.

*Christian H. Genghof, James D. Ewing* and *Lasater Terrell* for respondents.

Order affirmed, with costs. The motion to modify having been made within two years after the entry of the order originally fixing the tax, the order appealed from was within the power of the Surrogate. (*Matter of Willets,* 190 N. Y. 527; Tax Law, § 249-aa.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.